**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2363**

_____

FRED BARKER, JR.,

                                        Plaintiff - Appellant,

          versus

MANCOR CAROLINA, INCORPORATED,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.    Matthew J. Perry, Jr., Senior
District Judge.  (CA-00-1427)

_____

Submitted:  November 19, 2002      Decided:  December 13, 2002

_____

Before MICHAEL, Circuit Judge, HAMILTON, Senior Circuit Judge, and
Claude M. HILTON, Chief United States District Judge for the
Eastern District of Virginia, sitting by designation.

_____

Affirmed by unpublished per curiam opinion.

_____

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, Charleston, South
Carolina, for Appellant.   Vincent A. Sheheen, SAVAGE, ROYALL &
SHEHEEN, L.L.P., Camden, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fred Barker, Jr., appeals the district court's order accepting the recommendation of the magistrate judge to grant Mancor Carolina, Inc.'s motion for summary judgment in Barker's action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Barker v. Mancor Carolina, Inc.</u>, No. CA-00-1427 (D.S.C. filed Oct. 12, 2001 & entered Oct. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>